# EXHIBIT A

COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

SARAH M LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
55 Hudson Yards
New York, NY 10001
Telephone:    +1 212 479 6000
Facsimile:    +1 212 479 6275

JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
110 N. Wacker Dr., Suite 4200
Chicago, IL 60606
Telephone:    +1 312 881 6500
Facsimile:    +1 312 881 6598

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN FELDMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALTO NEUROSCIENCE, INC., AMIT ETKIN, NICHOLAS SMITH, PO YU CHEN, CHRISTOPHER NIXON COX, CHRIS DIMITROPOULOS, ANDREW DREYFUS, MICHAEL LIANG, AARON N.D. WEAVER, and GWILL YORK,<br><br>                    Defendants. | Case No. 3:25-cv-06105<br><br>**DECLARATION OF BRETT H. DE JARNETTE IN SUPPORT OF DEFENDANTS' LETTER TO HON. JUDGE NOËL WISE**<br><br>Judge:    Hon. Noël Wise |

DE JARNETTE DECL. ISO
LETTER TO HON. JUDGE WISE
3:25-CV-06105

I, Brett H. De Jarnette, declare:

1.    I am a partner with the law firm Cooley LLP, counsel for Defendants Alto Neuroscience, Inc. ("Alto"), Amit Etkin, Nicholas Smith, Po Yu Chen, Christopher Nixon Cox, Chris Dimitropoulos, Andrew Dreyfus, Michael Liang, Aaron N.D. Weaver, and Gwill York (collectively, "Defendants") in this action.  The facts set forth below are based on my personal knowledge and, if called as a witness, I could and would competently testify to them.

2.    On Wednesday, January 21, 2026, at approximately 11:30 a.m. PST, I had a telephone conversation with Nicole Castiglione from Rolnick Kramer Sadighi LLP, counsel for Lead Plaintiff Special Situations Fund III QP, L.P. (the "Funds").  On that call, Ms. Castiglione told me that the Funds intended to file a motion to withdraw as lead plaintiff from this case given they are a current Alto shareholder and interact with Alto on an ongoing basis.  I asked why the Funds decided to withdraw two days before the deadline to file the amended complaint as opposed to earlier, but Ms. Castiglione did not further comment on the reason behind the decision, and it was unclear whether she was in direct communication with the Funds or whether another representative from Lead Counsel led those conversations.  She also told me that Lead Counsel had reached out to attorneys from Pomerantz LLP, who represented a shareholder that previously moved to be appointed lead plaintiff (and contested the Fund's appointment), to solicit their shareholder to substitute in as lead plaintiff.  I indicated that Defendants object to Lead Counsel potentially trying to represent prior movants as substitute lead plaintiffs.  Ms. Castiglione said that if the other shareholder did not agree to substitute, the Funds would likely move to reopen lead plaintiff proceedings, but that she would keep me updated on those discussions.  Lead Counsel never told me whether they ultimately connected with Pomerantz, or what was said in any such conversation.

3.    That same afternoon, I emailed Lead Counsel to follow up on our call.  I asked that if they planned to make any ask as to whether Defendants opposed any motion, such as motions to withdraw and/or substitute, that they put such a request in writing.  I also indicated that Defendants object to the Funds sharing any information gathered in connection with its investigation with any other lead plaintiff or lead counsel movant.

Cooley LLP
Attorneys at Law
Palo Alto

1

De Jarnette Decl. iso
Letter to Hon. Judge Wise
3:25-cv-06105

4.      Less than 24 hours later, on Thursday, January 22, 2026 at approximately 9:20 a.m. PST Ms. Castiglione called me, saying the Funds had a "change of heart" about serving as lead plaintiff, and would not be withdrawing from the case. I asked why the Funds changed their mind within 24 hours but received no substantive response, other than that the Funds changed their mind upon further consideration. Ms. Castiglione told me that the Funds would be seeking a one-week extension of the deadline to file the amended complaint because they needed more time given their prior intent to withdraw. I expressed concern about whether the Funds had good cause to seek an extension of the amended complaint deadline.

5.      I emailed Lead Counsel at 10:36 a.m. PST that same day, asking them to confirm that the Funds were asking Defendants whether they would stipulate to a one-week extension.

6.      Lead Counsel responded that "after consulting further with Judge Wise's rules," the Funds would "file the amended complaint tomorrow as scheduled." Lead Counsel further confirmed in that email that "as of yesterday, it was the Special Situations Funds' intention to withdraw as lead plaintiffs. The Funds further considered and their intentions changed, and they are continuing to serve in their role as lead plaintiffs."

7.      Attached as **Exhibit 1** is a true and correct copy of my correspondence with Lead Counsel between January 21, 2026 and January 22, 2026 memorializing the above communications.

8.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed January 23, 2026 in Palo Alto, California.

Dated:   January 23, 2026                           COOLEY LLP


                                                    By: /s/ Brett H. De Jarnette
                                                        Brett H. De Jarnette

                                                    Attorneys for Defendants

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

DE JARNETTE DECL. ISO
LETTER TO HON. JUDGE WISE
3:25-CV-06105

# EXHIBIT 1

| From: | Nicole Castiglione <nCastiglione@rksllp.com> |
| --- | --- |
| Sent: | Thursday, January 22, 2026 11:00 AM |
| To: | De Jarnette, Brett |
| Subject: | Re: Alto |

**CAUTION: This Message Is From an External Sender**
This message came from outside your organization.

Hi Brett -

Thanks for speaking earlier.  We heard your concerns with an extension and, after consulting further with Judge Wise's rules, will file the amended complaint tomorrow as scheduled.

Also, to clarify, as of yesterday, it was the Special Situations Funds' intention to withdraw as lead plaintiffs.  The Funds further considered and their intentions changed, and they are continuing to serve in their role as lead plaintiffs.

Best,

**Nicole T. Castiglione**
Partner
Rolnick Kramer Sadighi LLP

**T**: 212.597.2820
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, NY 10119



**From:** De Jarnette, Brett <bdejarnette@cooley.com>
**Date:** Thursday, January 22, 2026 at 1:36 PM
**To:** Nicole Castiglione <nCastiglione@rksllp.com>
**Subject:** RE: Alto

Hi Nicole – following up on our call from earlier where you said that the special situation funds had a "change of heart" about serving as lead plaintiffs after having decided yesterday to withdraw as lead plaintiffs.

My understanding is that the special situation funds would like a week extension to file an amended complaint.  Just to confirm, so I can run by my clients, plaintiffs are asking whether defendants would

stipulate to, or not oppose, a request to extend the amended complaint and motion to dismiss deadlines back by a week?

Thanks for confirming.

Brett

---

**From:** De Jarnette, Brett
**Sent:** Wednesday, January 21, 2026 4:42 PM
**To:** Nicole Castiglione <ncastiglione@rksllp.com>
**Subject:** Alto

Hi Nicole – just following up on our call earlier re the special situation funds intending to withdraw as lead plaintiffs.  If there is any specific ask for defendants (including whether we oppose) any motion that you plan to file), please let us know in an email, so that I can forward to our clients for consideration.  As you work through this process, we encourage consideration of a voluntary dismissal of the amended complaint for the reasons we discussed, and as we have seen commonly done in similar procedural postures.

Also, I think I mentioned it, but defendants object to any information sharing w/r/t information gathered in connection with the investigation conducted, with any other lead plaintiff or lead counsel movant.

Happy to discuss further whenever works best for you.

Thanks,
Brett

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.