UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN FELDMAN,<br><br>Plaintiff,<br><br>v.<br><br>ALTO NEUROSCIENCE, INC., et al.,<br><br>Defendants. | Case No. 25-cv-06105-NW<br><br>**ORDER**<br>Re: ECF Nos. 51, 53 |

The Court has reviewed the letter from counsel for Alto Neuroscience, Inc. and its directors (collectively "Alto"), ECF No. 51, and the letter from counsel for Nathan Feldman and Eileen Beiter (the "Individuals"). Assuming the letter from Alto's counsel accurately reflects Lead Plaintiff's recent conduct, the Court is concerned that Lead Plaintiffs may no longer be capable of adequately representing the class. *See In re Terayon Commc'ns Sys., Inc.*, 2004 WL 413277, at *7 (N.D. Cal. Feb. 23, 2004) (a court has "a duty to monitor whether lead plaintiffs are capable of adequately protecting the interests of the class members."). Accordingly, the Court ORDERS:

1. Counsel for Lead Plaintiffs shall file a letter responding to the substance set forth in the letter from Alto's counsel.[1] Counsel shall directly address whether Lead Plaintiffs remain capable and willing to adequately protect the interests of the class. The letter shall be filed no later than January 30, 2026, at 5:00 pm.

//

//

---

[1] Nothing in this Order shall require disclosure of information protected by the attorney-client privilege.

2.	The Court sets a case management conference for February 3, 2026, at 9:00 am by Zoom.  The parties shall meet and confer and file a joint case management statement by 2:00 pm on February 2, 2026.

**IT IS SO ORDERED.**

Dated: January 27, 2026

_____

Noël Wise
United States District Judge