James A. Long (CSB No. 326404)
**THE LONG LAW FIRM, PLLC**
1401 21st Street, Ste. 5801
Sacramento, CA 95811
Tel.: (315) 209-3000

LAWRENCE M. ROLNICK (*pro hac vice*)
lrolnick@rksllp.com
MARC B. KRAMER (*pro hac vice*)
mkramer@rksllp.com
NICOLE T. CASTIGLIONE (*pro hac vice*)
ncastiglione@rksllp.com
**ROLNICK KRAMER SADIGHI LLP**
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10119
Tel.: 212.597.2800

*Counsel for Lead Plaintiffs Special*
*Situations Cayman Fund, L.P., Special*
*Situations Fund III QP, L.P., and*
*Special Situations Life Sciences Fund, L.P.*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATHAN FELDMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTO NEUROSCIENCE, INC., AMIT ETKIN, NICHOLAS SMITH, PO YU CHEN, CHRISTOPHER NIXON COX, CHRIS DIMITROPOULOS, ANDREW DREYFUS, MICHAEL LIANG, AARON N.D. WEAVER, and GWILL YORK,<br><br>Defendants. | Case No.: 5:25-cv-06105-NW<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER APPOINTING CO-LEAD PLAINTIFFS AND CO-LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Judge:  Hon. Noël Wise<br>Courtroom:  3 – 5th Floor<br><br>**AS MODIFIED** |

STIPULATION AND ~~[PROPOSED]~~ ORDER - 5:25-cv-06105-NW

Lead Plaintiffs Special Situations Cayman Fund, L.P., Special Situations Fund III QP, L.P., and Special Situations Life Sciences Fund, L.P. (together, the "Special Situations Funds") and Co-Lead Plaintiff Movants Nathan Feldman and Eileen Beiter (together, "Feldman and Beiter" and, together with the Special Situations Funds, "Plaintiffs"), by and through their undersigned counsel, subject to the Court's approval, hereby stipulate as follows:

WHEREAS, on January 23, 2026, Defendants filed a letter "to request that the Court reevaluate whether [the Special Situations Funds] and their counsel [Rolnick Kramer Sadighi LLP ('RKS')] should serve as lead plaintiffs and lead counsel" in this litigation (Dkt. No. 51);

WHEREAS, on January 26, 2026, following review of Defendants' letter, Feldman and Beiter filed a letter requesting, *inter alia*, that they be appointed "to serve as Co-Lead Plaintiffs" (Dkt. No. 53);

WHEREAS, on January 30, 2026, pursuant to this Court's Order (Dkt. No. 54), the Special Situations Funds filed a letter, accompanied by Declarations by RKS attorneys, addressing, *inter alia*, the concerns raised by Defendants (Dkt. No. 55);

WHEREAS, on February 3, 2026, the Court held a Case Management Conference and instructed counsel for the Plaintiffs to meet and confer and either (i) "file a stipulation" indicating that the issues raised have "either been resolved or can be resolved among you" (Tr. 8:7-17) or (ii) advise the Court that motion practice will be necessary to resolve such issues; and

WHEREAS, Plaintiffs' counsel having duly met and conferred per the Court's Order;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1.      Feldman and Beiter are appointed to serve as Co-Lead Plaintiffs with the Special Situations Funds.

2.      Feldman and Beiter's counsel, Pomerantz LLP, is appointed to serve as Co-Lead Counsel with RKS.

Dated: February 9, 2026

Respectfully submitted,

**ROLNICK KRAMER SADIGHI LLP**

*/s/ Lawrence M. Rolnick*
Lawrence M. Rolnick (*pro hac vice*)
Marc B. Kramer (*pro hac vice*)
Nicole T. Castiglione (*pro hac vice*)
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10119
Tel.: 212.597.2800
lrolnick@rksllp.com
mkramer@rksllp.com
ncastiglione@rksllp.com

James A. Long (Bar No. 326404)
**THE LONG LAW FIRM, PLLC**
1401 21st Street, Ste. 5801
Sacramento, CA 95811
Tel.: (315) 209-3000

*Counsel for Lead Plaintiffs Special Situations Cayman Fund, L.P., Special Situations Fund III QP, L.P., and Special Situations Life Sciences Fund, L.P.*

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com

STIPULATION AND [PROPOSED] ORDER - 5:25-cv-06105-NW

ahood@pomlaw.com

*Counsel for Co-Lead Plaintiff Movants Eileen Beiter and Nathan Feldman*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Co-Lead Plaintiff Movant Eileen Beiter*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

All dates, including Defendant's deadline to file a responsive pleading, remain as set forth in ECF No. 50.

Dated: _____February 10_____, 2026        _____

THE HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE

3
STIPULATION AND [PROPOSED] ORDER - 5:25-cv-06105-NW